

**ORDERED in the Southern District of Florida on May 12, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

RUBEN TORRES,                                    Case No. 19-16899-RAM

    Debtor.
_____/                 Chapter 7

SBC-Ops, LLC, Chapter 7 Creditor,

    Plaintiff,
v.                                               Adv. Pro. No. 20-01089-RAM

RUBEN TORRES,

    Defendant.
_____/

## AGREED FINAL JUDGMENT OF NON-DISCHARGEABILITY

This **AGREED FINAL JUDGMENT OF NON-DISCHARGEABILITY** (the "**Judgment**") is based upon agreements of the parties, effective as of entry hereof, by and between Debtor, Ruben Torres ("**TORRES**" or "**Debtor**") and SBC-Ops (the "**Creditor**" or "**SBC**", and collectively with the Debtor, the "**Parties**").

On May 24, 2019, the DEBTOR filed a Chapter 7 bankruptcy case (19-16899-RAM) in the Southern District of Florida (Miami Division).

1

WHEREAS, on or about February 27, 2020, Creditor filed an adversary proceeding (20-01089-RAM) against the DEBTOR.

Rather than proceed with litigation concerning the Adversary Proceeding, the Parties engaged in good faith, arms' length negotiations to resolve the foregoing in its entirety.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, ORDERED AND ADJUDGED THAT JUDGMENT** be entered as follows:

1. TORRES consents to the jurisdiction of this Court to enter a final judgment of non-dischargeability against him in this proceeding with respect to the Complaint ("Complaint") filed in the Adversary case number 20-01089-RAM and the Claims in the Complaint, to the extent that same seeks the non-dischargeability of the Claims.

2. An Agreed Final Judgment of Non-Dischargeability is hereby entered in favor of SBC, 1450 NW 87TH AVE., Suite 210, Doral, FL 33172, in the amount of one hundred twelve thousand seven hundred seventy-three dollars and ten cents ($112, 773.10) (the "Judgment Debt") which shall bear interest from the date of the judgment at the statutory rate per annum, for which sum let execution issue forthwith.

3. The Judgment Debt is hereby adjudicated to be non-dischargeable pursuant to Bankruptcy Code, 11 U.S.C. §523(a)(2)(B), (a)(4), and (a)(6), and based upon the facts alleged in the Complaint.

4. The Bankruptcy Court shall have exclusive jurisdiction over any action to enforce this Judgment, or any provision thereof.

5. The undersigned represent that the respective parties have obtained the advice of counsel and are consenting and agreeing to all of the terms of this Judgment freely and voluntarily.

6. The Clerk of Court shall enter this Judgment promptly on the docket of the Court.

**AGREED AND CONSENTED TO:**

*/s/Ruben Torres*
Ruben Torres, Defendant Debtor


**AGREED AND CONSENTED TO FORM
AND SUBSTANCE:**

.
*/s/ Michael J. Brooks*               */s/ Jennifer C. Pratt*
MICHAEL J. BROOKS, ESQ.              JENNIFER C. PRATT, ESQ.
10 NW Lejeune Rd # 620               1450 NW 87th Ave., Suite 210
Miami, FL 33126                       Doral, FL  33172
mbrooks@bkclawmiami.com               jcpratt@prada.law

3